# Third District Court of Appeal

## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1137
Lower Tribunal No. F16-7234A

_____

**Dawn Kirkconnell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Dawn Kirkconnell, in proper person.

Ashley Moody, Attorney General, and Brian H. Zack, Assistant Attorney General, for appellee.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.